UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 25-14119-CIV-MARTINEZ-MAYNARD

SUZETTE GAYLE,

    Plaintiff,

vs.

WILMINGTON SAVINGS FUND SOCIETY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on the Honorable Shaniek M. Maynard, United States Magistrate Judge, Report and Recommendation ("R&R") on Plaintiff's *pro se* Motion for Emergency Temporary Restraining Order ("Motion"), (ECF No. 6), recommending that the Motion be denied. (ECF No. 8). The Court has reviewed the entire file and record, and notes that no objections have been filed to the R&R. Accordingly, after careful consideration, it is hereby

**ORDERED AND ADJUDGED** that

1. Judge Maynard's R&R, (ECF No. 8), is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion, (ECF No. 6), is **DENIED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 23 day of April, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
S. Gayle, *pro se*
All Counsel of Record